AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original    ☐ Duplicate Original

**LODGED**
**CLERK, U.S. DISTRICT COURT**

**3/24/2025**

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____MMC_____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

**FILED**
**CLERK, U.S. DISTRICT COURT**

3/24/2025

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____jm_____ DEPUTY

United States of America

v.

Jose Garcia Moreno,

Defendant

Case No.    2:25-MJ-01728-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, Stephanie R. Crebbs, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On or about March 9, 2025, in the County of Los Angeles in the Central District of California, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g) | Felon in Possession of Firearm and Ammunition |

This criminal complaint is based on these facts:

 *Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
*/s/ Stephanie R. Crebbs, Special Agent*
*Complainant's signature*

Stephanie R. Crebbs, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:        3/24/2025 at 5:40 p.m.

_____
*Judge's signature*

City and state:    Los Angeles, California

Hon. Michael Kaufman, U.S. Magistrate Judge
*Printed name and title*

AUSA: William Larsen (x0298)_____

<u>**AFFIDAVIT**</u>

I, Stephanie Crebbs, being duly sworn, declare and state as follows:

## I.   <u>PURPOSE OF AFFIDAVIT</u>

1.   This affidavit is made in support of criminal complaint and arrest warrant against Jose GARCIA MORENO ("GARCIA MORENO") for a violation of 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and ammunition.

2.   The facts set forth in this affidavit are based upon my personal observations; my training and experience; and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## II. <u>BACKGROUND OF ATF SPECIAL AGENT STEPHANIE CREBBS</u>

3.   I am a sworn Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been so employed since February 2009.  I am currently assigned to the ATF Long Beach Field Office.  As a Special Agent, I have received hundreds of hours of formal and informal training in the enforcement of federal firearms laws and regulations, including training through the

ATF National Academy and Federal Law Enforcement Criminal Investigator Training Program.

4.    Through working for ATF, I have conducted investigations into the unlawful sale, possession, manufacturing, transportation, and importation of firearms.  In conducting these investigations, I have used a variety of investigative techniques, including surveillance and the execution of search and arrest warrants.  Additionally, I have worked in an undercover capacity for ATF on investigations related to individuals selling firearms and narcotics.

### III.  SUMMARY OF PROBABLE CAUSE

5.    On March 9, 2025, Los Angeles County Sheriff's Department ("LASD") deputies saw GARCIA MORENO abruptly turn right onto Western Avenue from the left-turn lane on the Pacific Coast Highway, crossing several lanes.  They followed GARCIA MORENO, who wove between lanes on Western Ave.  Deputies conducted a traffic stop and discovered that GARCIA MORENO had an outstanding felony warrant.

6.    The deputies arrested GARCIA MORENO on the warrant. Before searching his car, deputies asked if there was anything illegal inside.  GARCIA MORENO replied, "there might be," followed by, "you'll see it."  There was, in fact, something illegal in the car:  deputies found a loaded gun under the driver's seat loaded with two rounds of live ammunition.  GARCIA MORENO is a convicted felon with three prior felony convictions and a misdemeanor conviction for domestic violence, so is prohibited from possessing firearms and ammunition.

## IV. <u>STATEMENT OF PROBABLE CAUSE</u>

7.    Based on my review of law enforcement reports and documents, body worn camera video, criminal history reports, photographs, as well as my own observations and knowledge of the investigation, I am aware of the following:

**A.    Arrest of GARCIA MORENO**

8.    On March 9, 2025, at approximately 11:13 p.m., LASD Deputy Sylvia Sierra and Deputy Christian Ramirez were on patrol in a marked police car in the area of Pacific Coast Highway and Western Avenue in Lomita, CA.

9.    The deputies were stopped at a red turning lane traffic light, at the intersection of Pacific Coast Highway and Western Avenue.  Deputy Sierra and Deputy Ramirez saw a black Chevrolet Malibu bearing California license plate 7CSY307 stopped directly in front of their patrol car.

10.  As the deputies were waiting for the light to change from red to green, the driver of the black Chevrolet Malibu suddenly made an abrupt right turn from the left turning lane and crossed all eastbound lanes of Pacific Coast Highway.  The driver did not stop at any point to clear each lane.

11.  The deputies conducted a southbound turn onto Western Avenue from Pacific Coast Highway to position their patrol vehicle behind the black Chevrolet Malibu. The black Chevrolet Malibu continued traveling south on Western Avenue.  Before the deputies positioned their car to be directly behind the black Chevrolet Malibu, they saw the driver, later identified as GARCIA MORENO, merge from the number two lane to the number one

3

lane and then back to the number two lane as he continued driving on Western Avenue.  The deputies also saw the black Chevrolet Malibu lane straddle between the number 1 and 2 lanes on Western Avenue.

12.  While following GARCIA MORENO, deputies conducted a records check.  The Chevrolet Malibu returned with current registration to a third party, Raul Contreras.

13.  The deputies conducted a traffic stop on Western Avenue just north of Palos Verdes Drive North to warn and cite the driver for numerous vehicle code violations.

14.  Deputy Sierra approached the passenger side of the Chevrolet Malibu and Deputy Ramirez approached the driver's side.  Deputy Ramirez contacted GARCIA MORENO who was the driver and sole occupant of the Chevrolet Malibu. Deputy Ramirez advised GARCIA MORENO of the reason for the traffic stop. Deputy Ramirez asked GARCIA MORENO for his driver's license, which he provided.  Deputy Ramirez asked GARCIA MORENO if there was anything illegal inside of the car.  GARCIA MORENO stated no.  Deputy Ramirez asked GARCIA MORENO if he was on active parole or probation, and GARCIA MORENO said he was not.

15.  Deputy Ramirez conducted a records check of GARCIA MORENO.  The return indicated GARCIA MORENO had an outstanding Long Beach Court felony warrant for being in possession of narcotics while armed.  Deputy Ramirez advised Deputy Sierra of the warrant.  Deputy Sierra asked GARCIA MORENO to step out of the vehicle, and GARCIA MORENO he complied.  Deputy Sierra arrested GARCIA MORENO for the felony warrant.

4

16.  Deputy Ramirez asked GARCIA MORENO again if there was anything illegal inside the car.  GARCIA MORENO said, "There might be."  Deputy Ramirez asked GARCIA MORENO what was in the car, and GARCIA MORENO responded, "You'll see it."

17.  The deputies then conducted a search of the car. Deputy Sierra looked underneath the front driver seat and saw a silver revolver.  The silver revolver's handle was closer to the front end of the driver seat.  Deputy Sierra recovered a loaded, silver Smith and Wesson revolver with a black grip.  Deputy Sierra saw that the revolver was loaded as she saw the end of a bullet casing in the gap at the end of the revolver's cylinder. Deputy Sierra attempted to render the revolver safe, however, the revolver cylinder release was jammed.

18.  As Deputy Sierra worked on rendering the revolver safe, Deputy Sierra heard GARCIA MORENO spontaneously state to be careful as the revolver was loaded with four hollow points. At the time GARCIA MORENO made this statement, the window of the patrol car was slightly lowered, so the deputies could hear GARCIA MORENO.  GARCIA MORENO then told Deputy Ramirez that he had cleaned the revolver with a Clorox product, which may have caused some rust on the revolver.[1]

---

[1] Based on an examination of the firearm, the rust currently prevents the cylinder from revolving, although the cylinder is able to be removed by removing the center screw from the revolver.  It is thus not clear if the firearm is currently operable, but based on my conversations with an ATF firearms expert, it appears the firearm could readily be returned to operable condition.  The cylinder also contains two spent cartridge casings that appear to have been fired, suggesting the firearm was previously operable.

19.    On inspection, the revolver was loaded with two rounds of live, .357-caliber hollow point ammunition and two spent casings of the same time.

20.    The Chevrolet Malibu was towed from the location.  The deputies transported GARCIA MORENO to the Lomita Station jail. Deputy Sierra read GARCIA MORENO his Miranda rights. GARCIA MORENO stated he understood and his rights but declined to speak with the deputies.

**B.    GARCIA MORENO's Criminal History**

21.    On March 19, 2025, I reviewed a California Law Enforcement Telecommunications System ("CLETS") criminal history report and a Los Angeles County Consolidated Criminal History Report System ("CCHRS") criminal history report for GARCIA MORENO.  Based on a review of these reports, GARCIA MORENO has previously been convicted of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

a.    On or about October 29, 2018, terrorist threats, in violation of California Penal Code Section 422, in the Superior Court for the State of California, County of Los Angeles, Case Number BA8TR02281;

b.    On or about December 13, 2021, carrying a concealed weapon, in violation of California Penal Code Section 25400(A)(2), in the Superior Court for the State of California, County of Los Angeles, Case Number BA489039; and

c.    On or about January 10, 2022, possession of a controlled substance while armed, in violation of California

6

Penal Code Section 11370.1(A), in the Superior Court for the State of California, County of San Diego, Case Number SCN425325.

22. Based on a review of CLETS and CCHRS, I am also aware that GARCIA MORENO has previously been convicted of the following misdemeanor crime of domestic violence:

a. On or about April 8, 2024, domestic violence with injury, in violation of California Penal Code Section 273.5(A), in the Superior Court for the State of California, County of Los Angeles, Case Number LBCM01321.

**C.   Interstate Nexus**

23. On March 18, 2025, ATF Special Agent and Firearms and Ammunition Interstate Nexus Expert Tiffany Lamphere confirmed that the Smith & Wesson revolver, bearing serial number BFR8434, was manufactured outside the state of California. Because the revolver was found in Lomita, California, I believe that it has traveled in and affected interstate commerce.

24. ATF SA Lamphere further confirmed that the two rounds of .357-caliber hollow point ammunition bearing a headstamp of CCI were manufactured outside the state of California. Because the ammunition was found in Lomita, California, it must have traveled in interstate commerce.

//
//
//
//
//

7

## V.  CONCLUSION

25.  For all of the reasons described above, there is probable cause to believe that GARCIA MORENO committed a violation of 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this __24th__ day of March, 2025.

_____
HONORABLE MICHAEL KAUFMAN
UNITED STATES MAGISTRATE JUDGE

8